[No. 24803-4-II.   Division Two.   August 11, 2000.]

C. WILLIAM BRASIER, ET AL., *Respondents*, v. OLDIES, INC., *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 99-2-07244-3, Thomas P. Larkin, J., entered June 11, 1999. *Reversed* by unpublished opinion per Houghton, J., concurred in by Morgan and Seinfeld, JJ.

[No. 25454-9-II.   Division Two.   August 11, 2000.]

HERBERT P. ISHIBASHI, *Appellant*, v. GONZAGA UNIVERSITY, ET AL., *Respondents.*

Appeal from a judgment of the Superior Court for Spokane County, No. 99-2-00251-7, Salvatore F. Cozza, J., entered March 31, 1999. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Hunt, A.C.J., and Bridgewater, J.

[No. 25178-7-II.   Division Two.   August 11, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES W. ANDERSON, *Appellant.*

Appeal from a judgment of the Superior Court for Mason County, No. 99-1-00002-1, Toni A. Sheldon, J., entered September 9, 1999. *Affirmed* by unpublished opinion per Wang, J., concurred in by Houghton and Bridgewater, JJ.

[No. 24469-1-II.   Division Two.   August 11, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. ANTHONY BRYCE RUBIN, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 98-1-03070-6, Kitty-Ann van Doorninck, J., entered February 23, 1999. *Affirmed in part, reversed in part* and *remanded* by unpublished opinion per Houghton, J., concurred in by Morgan and Seinfeld, JJ.